IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DANIEL JAY CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-18-482-D |
| | ) | |
| COMANCHE COUNTY | ) | |
| DETENTION CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Plaintiff, a state prisoner appearing pro se, brought this action under 42 U.S.C. § 1983 alleging deprivation of his constitutional rights [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell for initial proceedings consistent with 28 U.S.C. § 636(b). On August 1, 2018, Judge Mitchell issued a Report and Recommendation ("R&R" or "Report") [Doc. No. 12] in which she recommended that the Court dismiss the Comanche County Detention Center and State of Oklahoma as defendants, dismiss all claims against Comanche County Memorial Hospital, and dismiss Plaintiff's Complaint without prejudice. R&R at 8.

Judge Mitchell advised Plaintiff that any objections were to be filed on or before August 22, 2018 and cautioned Plaintiff that a failure to object would

result in waiver of the factual and legal findings made in the Report. *Id*. To date, Plaintiff has failed to file an objection or seek an extension of time to do so. Accordingly, the R&R is hereby accepted and **ADOPTED** as though fully set forth herein. A judgment shall be issued forthwith.

**IT IS SO ORDERED** this 17th day of September 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE